Peter Strojnik (Sr.),
7847 N. Central Ave.
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER STROJNIK (Sr.),<br><br>Plaintiff,<br><br>vs.<br><br>SHAKTI INVESTMENTS, LLC DBA COMFORT INN & SUITES ORANGE COUNTY JOHN WAYNE AIRPORT<br><br>Defendant. | Case No: 8:20-cv-00256-DOC-ADS<br><br>**MOTION TO CONSOLIDATE FOR PURPOSES OF APPEAL** |

Plaintiff requests that the Court consolidate the following cases for purposes of appeal:

1. *Strojnik v. Shandilya, Inc*. 8:20-cv-00254-DOC-ADS [Dkt. 38]
2. *Strojnik v. SWK Properties, LLC*. 8:20-cv-00255-DOC-ADS [Dkt. 29]
3. *Strojnik v. Shakti Investments, LLC*. 8:20-cv-00256-DOC-ADS [Dkt. 21]
4. *Strojnik v. Lee Family Trust* 8:20-cv-00257-DOC-ADS [Dkt. 23]
5. *Strojnik v. President Hotel Investment, LLC*. 8:20-cv-00258-DOC-ADS [Dkt. 27]

Plaintiff intends to appeal the decisions rendered by the Court on May 28, 2020 found at Dkt. [38] in the *Shandilya* matter, Dkt. [29] in the *SWK* matter, Dkt. [21] in the *Shakti* matter, Dkt. [23] in the *Lee Family Trust* matter and Dkt. [27] in the *President* matter. The consolidation is appropriate because the issue in each of the above cases is precisely the same and because consolidation will streamline the appeal, reduce the costs, expenses and attorney's fees, and avoid multiplicity of appeals on the precise same issue.

1
2
3    Plaintiff requests that the matters be consolidated under the lowest case number,
4    *Strojnik v. Shandilya, Inc*. 8:20-cv-00254-DOC-ADS.
5    DATED this 31st day of May 2020.

**PETER STROJNIK**

_____
Plaintiff

ECF filed this 31st day of May 2020.

/s/